IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02736-CMA-BNB

BRET M. HANSEN,
V. H., a minor by her parent and next friend, BRET M. HANSEN,

Plaintiffs,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant.

_____

## ORDER

_____

This matter arises on a Letter [Doc. # 44, filed 10/6/2010] addressed to me and filed with

the Clerk of the Court (the "Letter"). The Clerk improperly designated the Letter as a motion for

clarification despite the plaintiff's failure to comply with (1) D.C.COLO.LCivR 10.1 concerning

the format of papers presented for filing, and (2) D.C.COLO.LCivR 5.1G requiring proof of

service on all opposing parties.

Notwithstanding these deficiencies, the plaintiff requests an explanation for why the

settlement conference set for October 7, 2010, was vacated.

The minute order [Doc. # 43, filed 10/4/2010] vacating the settlement conference

incorrectly states that it was vacated because the plaintiff failed to file a confidential settlement

statement. Instead, I vacated the settlement conference after reviewing the confidential

settlement letters submitted by both sides, seeing that the parties' settlement positions are

extremely far apart, and determining that in view of those positions holding a settlement

conference at this time would be a waste of resources.

IT IS ORDERED that the Letter [Doc. # 44] is construed as a motion for clarification and

is GRANTED.  The minute order [Doc. # 43] vacating the settlement conference is corrected

and clarified as set forth above.

Dated October 12, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge
