IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02736-CMA-BNB

BRET M. HANSEN,
VICTORIA K. HANSEN, a minor by her parent and next friend, BRET M. HANSEN,

Plaintiffs,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED that:

    (1)  The discovery cut-off is extended to and including **December 31, 2010**, solely with respect to the remaining depositions; and

    (2)  The final pretrial conference set for January 4, 2011, at 8:30 a.m., is VACATED, to be reset at a later date.

DATED:  November 4, 2010