IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02736-CMA-BNB

BRET M. HANSEN, and
V. H., a minor by her parent and next friend, Bret M. Hansen,

Plaintiffs,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant.

_____

**ORDER**

_____

This matter arises on **Auto Owners' Motion for Fed. R. Civ. P. 35 Examination and for Limited Enlargement of Rebuttal Expert Disclosure Deadline** [Doc. # 47, filed 10/22/2010] (the "Motion for IME").  I held a hearing on the Motion for IME this morning and made rulings on the record, which are incorporated here.  For the reasons stated on the record,

IT IS ORDERED:

(1)     The Motion for IME [Doc. # 47] is GRANTED;

(2)     V.H. shall appear for an IME as follows:

**Time:**  The IME shall occur on a date and time as the parties may agree,

but **not later than January 17, 2011**;

**Place:**  The IME shall occur at the offices of Dr. William D. Hansen,

Ph.D., at 1777 South Harrison Street, Suite 840, Denver, Colorado  80210;

**Manner, Condition, and Scope:**  The IME may consist of a clinical interview, a mental status examination, and the administration of appropriate psychological tests;

**The person who will perform the examination:**  The examination shall be conducted by Dr. William D. Hansen, Ph.D.;

(3)     The defendant shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 4, 2011**; and

(4)     A final pretrial conference will be held in this case on **March 8, 2011, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than March 1, 2011.

Dated December 8, 2010.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge