IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02736-WJM-BNB

BRET M. HANSEN, and
V. H., a minor by her parent and next friend, Bret M. Hansen,

Plaintiffs,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

Defendant.

_____

**ORDER**
_____

I am informed that a settlement of all claims has been reached, subject to approval of the terms of the settlement by the probate court.

IT IS ORDERED that on or before June 2, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished.

Dated March 2, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge