**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 09-cv-02736-WJM-BNB

BRET M. HANSEN, and
V. H., a minor, by her parent and next friend, Bret M. Hansen,

    Plaintiffs,

v.

AUTO-OWNERS INSURANCE COMPANY, a Michigan corporation,

    Defendant.

---

**ORDER DISMISSING THE CLAIMS OF PLAINTIFF
BRET M. HANSEN WITH PREJUDICE**

---

    This matter comes before the Court on the Stipulation for Dismissal with Prejudice, filed May 23, 2011 (ECF No. 68).  The court being fully advised hereby ORDERS as follows:

    Plaintiff Bret M. Hansen's claims in the above-captioned matter are hereby DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorneys' fees and costs.

    Dated this 3rd day of June, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge